United States District Court
Middle District of Florida
Jacksonville Division

**JUANITA ELAINE MILLER,**

 *Plaintiff,*

v.                    **NO. 3:24-cv-168-PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

 *Defendant.*

# Order

The Commissioner of Social Security moves to reverse the decision below and remand the case for further administrative proceedings. Doc. 21. Considering the absence of opposition and the authority described in the motion, the Court:

1. **grants** the motion, Doc. 21;

2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3. **remands** the case with directions to the Commissioner to "offer the claimant an opportunity for a supplemental hearing and issue a new decision"; and

4. **directs** the clerk to enter judgment for Juanita Elaine Miller and against the Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on July 29, 2024.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

2